UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAMA CHAIKEN, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0960 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's July 27, 2015 motion requesting that the court order the California Department of Corrections and Rehabilitation ("CDCR") to collect his filing fees sequentially.  (ECF No. 14.)  Good cause appearing, the undersigned directs the CDCR Director to respond to this motion.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Within thirty days of the date of this order, the CDCR Director shall file a response to plaintiff's July 27, 2015 motion requesting that his filing fees be collected sequentially; plaintiff may file a reply within fourteen days thereafter;

////

////

////

1

2.  The Clerk of the Court is directed to serve a copy of this order and plaintiff's July 27, 2015 motion (ECF No. 14) on Supervising Deputy Attorney General Monica Anderson and on the CDCR Director, 1515 S Street, P.O. Box 942883, Sacramento, California, 95811.

Dated:  August 31, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br960.ord