UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAMA CHAIKEN, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0960 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a prisoner, who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

　　　　On July 17, 2015, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Bell was returned unserved because "unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed May 4, 2015;

////

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed May 4, 2015; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: October 1, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bruc0960.8e

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| VINCENT C. BRUCE, | No.  2:15-cv-0960 KJN P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| SHAMA CHAIKEN, et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_        completed summons form

\_\_\_\_        completed USM-285 forms

\_\_\_\_        copies of the _____

Complaint

DATED:

_____

Plaintiff

3