UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BRUCE, | No. 2: 15-cv-0960 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| SHAMA CHAIKEN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' request for a forty-five days extension of time to respond to plaintiff's discovery requests. (ECF No. 34.) The responses are currently due on April 29, 2016. The grounds of defendants' request are that preparing the responses has required meetings with multiple defendants, review of the discovery documents by doctors, etc.

Good cause appearing, defendants' motion for extension of time is granted. The discovery deadline is June 24, 2016. If plaintiff requires an extension of time to file a motion to compel following receipt of defendants' discovery responses, he shall file an appropriate motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for extension of time (ECF No. 34) is granted;

////

1

2. Defendants' responses to plaintiff's discovery requests are due on or before June 15, 2016.

Dated: May 3, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br960.eot(d)