1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VINCENT BRUCE,                              No.  2:15-cv-0960 TLN KJN P

12                    Plaintiff,

13           v.                                   ORDER

14    SHAMA CHAIKEN, et al.

15                    Defendants.

16

17           Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  Defendants' summary judgment motion is pending before the court.

19           On December 5, 2016, plaintiff filed a request for a free copy of his deposition transcript.

20    (ECF No. 41.)  On December 44, 2016, defendants filed an opposition to this request.  (ECF No.

21    44.)

22           Plaintiff must bear his own discovery costs.  Tedder v. Odel, 890 F.2d 210, 211–12 (9th

23    Cir. 1989) (expenditure of public funds on indigent litigants' discovery fees not authorized by

24    Congress); see also Fed. R. Civ. P. 30(f)(3) (copy of deposition available to party or deponent

25    only when reasonable charges paid).

26    ////

27    ////

28    ////

                                                  1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a free copy of his

2   deposition transcript (ECF No. 41) is denied.

3   Dated:  March 10, 2017

4

5                                                                                    _____
    Br960.tr                                                    KENDALL J. NEWMAN
6                                                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28