1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   R. LAWRENCE BRAGG, State Bar No. 119194
    Acting Supervising Deputy Attorney General
3   MARTHA EHLENBACH, State Bar No. 291582
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 210-7314
6     Fax:  (916) 324-5205
      E-mail:  Martha.Ehlenbach@doj.ca.gov
7   *Attorneys for Defendants Chaiken, Bal, Bobbala,
    Clingman, Ikegbu, and Nangalama*

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

13   **VINCENT C. BRUCE,**                Case No. 2:15-cv-00960-TLN-KJN (PC)

                                          **STIPULATION AND ORDER THAT**
14                          Plaintiff,    **CERTAIN PAGES OF DOCTOR**
                                          **MALLORY'S NOVEMBER 13, 2017**
15          v.                            **DEPOSITION SHALL NOT BE LODGED**
                                          **WITH THE COURT**
16
                                          Judge:       The Honorable Kendall J. Newman
17   **SHAMA CHAIKEN, et al.,**           Action Filed:  May 4, 2015

18                          Defendants.

19

20          The parties hereby stipulate, under Local Rule 143, that certain pages of the exhibits to the

21   deposition of Doctor E. Mallory, conducted on November 13, 2017, will not be lodged with the

22   court.  The exhibits not to be lodged are as follows: Exhibit C, pages numbered 007-009, and

23   Exhibit I, page one.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

                                          1

**IT IS SO STIPULATED.**

Dated: **December 27, 2017**        */s/ Vincent Bruce*
VINCENT BRUCE
Plaintiff

Dated: **January 16, 2018**        */s/ Martha Ehlenbach*
MARTHA EHLENBACH
Deputy Attorney General

**IT IS SO ORDERED.**

Dated: February 22, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br960.stip

2