UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BRUCE,<br><br>    Plaintiff,<br><br>  v.<br><br>SHAMA CHAIKEN, et al.,<br><br>    Defendants. | No. 2:15-cv-0960 TLN KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file supplemental response to defendants' supplemental reply in support of the summary judgment motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 79) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a supplemental response.

Dated: March 7, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kly
bruc0960.36