UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT C. BRUCE,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAMA CHAIKEN, et al.,<br><br>  Defendants. | No. 2:15-cv-0960-TLN-KJN<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's second motion for extension of time to file objections to the August 31, 2018, findings and recommendations. (ECF No. 95.) Pursuant to the mailbox rule, Plaintiff filed this motion on October 29, 2018, though this Court did not have notice of the filing until November 5, 2018. (ECF No. 95.)

On September 28, 2018, Magistrate Judge Newman granted Plaintiff a thirty-day extension of time to file objections. (ECF No. 94.) Thirty days passed and Plaintiff did not file objections. On November 7, 2018, this Court adopted the findings and recommendations. (ECF No. 96.) This Court was not aware of Plaintiff's second motion for extension of time to file objections when the November 7, 2018, order issued.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The November 7, 2018 order is vacated;

1

2. Plaintiff's second motion for extension of time to file objections (ECF No. 95) is granted;

3. Plaintiff is granted fourteen days from the date of this order to file objections to the August 31, 2018, findings and recommendations; no further requests for extension of time to file objections will be granted.

Dated: November 14, 2018

Troy L. Nunley
United States District Judge